```
RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Richard Sepulveda
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Sepulveda,<br><br>　　　　　Plaintiff,<br><br>Vs.<br><br>Omkar Business Inc., et al.,<br><br>　　　　　Defendants. | Case Number 22-4496 YGR<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND (~~Proposed~~) ORDER |

Plaintiff Richard Sepulveda, and defendants Omkar Business Inc., Ahmad Rasheed, and Basima Rasheed (together, "Defendant"), by and through their respective attorneys of record (attorney for Plaintiff is Richard A. Mac Bride; attorney for Defendants is Razan A. Rasheed R.A.R. Law Group PC), hereby stipulate as follows:

1. Plaintiff has entered into a written Settlement Agreement and General Release in this matter whereby he deemed resolved all claims as against all defendants, and agreed to the dismissal of the above-captioned action with prejudice with regard to Defendant and all defendants, all parties to bear their own respective attorney fees and costs.

2. This written settlement agreement was entered into by Plaintiff and Defendants.

3. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation jointly request that the Court dismiss this action with prejudice with respect to all parties and all causes of action.

| | | |
|---|---|---|
| 1 | | |
| 2 | Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride <u>/s/ Richard A. Mac Bride</u> | |
| 3 | Attorney for Plaintiff Richard Sepulveda | 4/11/2023 |
| 4 | Razan A. Rasheed – By: <u>/s/ Razan A. Rasheed</u> | |
| 5 | Attorney for all Defendants | 4/11/2023 |

FILER'S ATTESTATION

Pursuant to General Order 45, Section X(B), I hereby attest that on April 11, 2023, I, Richard A. Mac Bride, the attorney of record for Plaintiff herein, received the concurrence of attorney Razan A. Rasheed, in the filing of this document.

<u>/s/ Richard A. Mac Bride</u>
Richard A. Mac Bride

[~~PROPOSED~~] ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Sepulveda v. Okmar Business Inc., et al., Case No. C 22-4496 YGR, is dismissed with prejudice with respect to all parties, with each party to bear his own attorney's fees and costs.

Date: April 11, 2023

Yvonne Gonzalez Rogers
United States District Judge